UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KENNETH J. PHELAN,

                              Plaintiff,

      -v-                              9:11-CV-314
                                       (DNH/DRH)

QUINN, Correctional Officer, Great Meadow
Correctional Facility; SWAN, Correctional
Officer, Great Meadow Correctional Facility;
McDONALD, Correctional Officer, Great
Meadow Correctional Facility; WARRINGTON,
Correctional Officer, Great Meadow
Correctional Facility; WASHER, Sergeant,
Great Meadow Correctional Facility; MINAL,[1]
Psychologist, Great Meadow Correctional
Facility; TORRES, Counselor, Great Meadow
Correctional Facility; OWENS, Sergeant,
Great Meadow Correctional Facility; GEBO,
Correctional Officer, Great Meadow Correctional
Facility; FULLER, Correctional Officer, Great
Meadow Correctional Facility; KISER,
Correctional Officer, Great Meadow Correctional
Facility; and MURPHY, Correctional Officer, Great
Meadow Correctional Facility,

                              Defendants.[2]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

KENNETH J. PHELAN
Plaintiff Pro Se
09-A-1183
Five Points Correctional Facility
Caller Box 119
Romulus, NY 14541

---

[1] In Phelan's second amended complaint, "Minal" is spelled "Manell."

[2] By Decision and Order dated June 19, 2012, Phelan's claim against Nurse Ted was dismissed.

| | |
|---|---|
| HON. ERIC T. SCHNEIDERMAN<br>Attorney General for the State of<br>   New York<br>Attorney for Defendants<br>The Capitol<br>Albany, NY 12224 | ADRIENNE J. KERWIN, ESQ.<br>Ass't Attorney General |

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Plaintiff brought this action pursuant to 42 U.S.C. § 1983. On September 20, 2012, the Honorable Christian F. Hummel, United States Magistrate Judge, advised, by Report-Recommendation, that defendants' motions to dismiss be denied as to the retaliation claims against defendants McDonald, Warrington, Swan, and Gebo, and granted as to the failure to protect claims against defendants Quinn, Manell, Torres, and Washer. Magistrate Judge Hummel also recommended that the surviving claims and defendants be consolidated into a final, third amended complaint, which should contain all relevant facts regarding these claims as alleged in Phelan's opposition papers to defendants' present motion and further, that upon the filing of the third amended complaint, the pleadings be returned to Magistrate Judge Hummel for further review to ensure compliance. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1).

Therefore it is

ORDERED that

1. Defendants' motion to dismiss is GRANTED in part and DENIED in part;

2.  Plaintiff's failure to protect claims against defendants Quinn, Manell, Torres, and Washer are DISMISSED;

3.  Plaintiff's retaliation claims against defendants McDonald, Warrington, Swan, and Gebo REMAIN;

4.  The surviving claims and defendants be consolidated into a final, third amended complaint, which should contain all relevant facts regarding these claims as alleged in plaintiff's opposition papers to defendants' present motion; and

5.  Upon the filing of the third amended complaint, the pleadings shall be returned to Magistrate Judge Hummel for further review to ensure compliance.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  October 23, 2012
         Utica, New York.